# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAMON ORTIZ** | : | **CIVIL ACTION** |
| v. | : | NO. 11-1431 |
| **THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, et al.** | : | |

## ORDER

**AND NOW**, this 13th day of September, 2011, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 14), the Report and Recommendation filed by United States Magistrate Judge Linda K. Caracappa on August 18, 2011 (Document No. 19) and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Caracappa is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

/S/ Timothy J. Savage

TIMOTHY J. SAVAGE, J.